AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama

| | | |
|---|---|---|
| United States of America<br>v.<br>Miguel Lozano<br>Marlon Mosquera<br>Harin Moreno<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No.   21-mj-41<br>**AGENCY : HSI**<br>**FID#** 1 1 2 4 5 2 7 4<br>**WARRANT #** 2 1 0 3 - 0 3 0 5 - 0 6 7 6 -J |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Miguel Lozano                                                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☑ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

Title 46 U.S.C. 70503(a) - An individual may not knowingly or intentionally manufacture or distribute, or possess with intent to manufacture or distribute, a controlled substance on board a vessel of the United States or a vessel subject to the jurisdiction of the United States.

Date:   03/04/2021

P. Bradley Murray U.S. Magistrate Judge

Digitally signed by P. Bradley Murray U.S. Magistrate Judge
DN: cn=P. Bradley Murray U.S. Magistrate Judge, o=Southern District of Alabama, ou=United States District Court, email=efile_murray@alsd.uscourts.gov, c=US
Date: 2021.03.04 13:09:37 -06'00'

*Issuing officer's signature*

City and state:   Mobile, Alabama                                          Hon. P. Bradley Murray, U.S. Magistrate Judge
                                                                                                          *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   3/04/2021   , and the person was arrested on *(date)*   03/05/2021<br>at *(city and state)*   Mobile, AL                                          .<br><br>Date:   03/05/2021                              *Andrea Jenkins*<br>                                                                            *Arresting officer's signature*<br><br>                                              Andrea Jenkins - Investigative Analyst<br>                                                            *Printed name and title* |