# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Case No. 1:21-cr-00077-TFM-B |
| HARIN MARENO | |
| Defendant. | |

## SENTENCING MEMORANDUM

Harin Mareno ("Harin"), entered a plea of guilty on August 27, 2021 to Count One (1) of the Indictment. Harin is a thirty-two (32) year old male that is a citizen of Colombia and speaks solely the Spanish language. Though he is not eligible to receive a minor or minimal role for his participation in the events leading to the current charge due to his being no more or less culpable that other participants, the defense maintains that Harin's actions were due to his being a victim to a dangerous drug culture in South America and that he became involved in the illegal activity due to circumstances that he felt were beyond his control at the time. Upon information and belief, when approached to participate, he was coerced by what he believed to be credible threats to his family if he refused to cooperate with the leaders in the drug scheme. Too late, Harin now understands he was wrong and is facing years of incarceration in the United States; though he did not intend to enter the country. Harin acknowledges his wrongdoing and accepts responsibility for his actions. During his interview with the probation

department, Harin, through an interpreter, stated, "I accept responsibility."

Harin has entered a plea of guilty to conspiracy to distribute cocaine on board a vessel. He and his two (2) codefendants were arrested pursuant to authorization granted to the United States Coast Guard to board a vessel suspected of illicit maritime activity, first spotted while approximately twenty-nine (29) nautical miles off the coast of Panama on February 22, 2021. Documents were received in the Southern District of Alabama from the Southern District of Florida on March 9, 2021 and Harin was Indicted on April 29, 2021. He had his initial appearance in this Honorable Court on May 5, 2021 and has remained incarcerated in a country which is foreign to him since his arrest on February 22, 2021. Harin has a (common law) wife and two (2) daughters in Colombia. He was a fisherman and employed in the tourism industry in Colombia prior to this arrest.

The First Step Act is applicable to this case, and under the First Step Act, Harin is entitled to the benefits of the safety valve; hence the minimum mandatory requirement is not applicable. Harin qualifies for the safety valve because he was not a leader in the drug conspiracy, never used any threats of violence and his conduct did not result in death or serious bodily injury. Harin has no criminal history and he has been cooperative with law enforcement. He accepts the consequences of his actions.

Due to these considerations, the defense respectfully requests this Honorable Court deviate from the guidelines and award a downward departure. The defense notes that granting a departure will result in a sentence that is "sufficient but not greater than necessary," 18 U.S.C. § 3553(a), to achieve the goals of sentencing. It would reflect the seriousness of the admitted offense while promoting respect for the law, provide just

punishment and would deter future criminal conduct.

                                      Respectfully submitted,

                                      s/    *Richard G. Alexander*
                                      Richard G. Alexander (ALEXR4742)
                                      Attorney for Harin Mareno
                                      75 St. Michael Street
                                      Mobile, AL 36602
                                      (251) 438-3666

## CERTIFICATE OF SERVICE

     I do hereby certify that on this the 12th day of April, 2022, I filed a true and correct copy of the foregoing upon Assistant United States Attorney George F. May via CM/ECF electronic system which will send him electronic notification and to U.S. Probation Officer Kelli Cleveland at kelli_matthews@alsp.uscourt.gov.

                                        s/    *Richard G. Alexander*